# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

CLIFF EMMANUEL LECONTE,    )
    )
    Petitioner,    )
    )
v.    )    Case No.: 4:19-cv-00228-KOB-HNJ
    )
WILLIAM BARR, et al.,    )
    )
    Respondents.    )
    )

## <u>MEMORANDUM OPINION</u>

The magistrate judge filed a report and recommendation on April 3, 2019, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice. (Doc. 7). Although the petitioner was notified of his right to file objections within fourteen days, the court received no objections.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** as premature.

The court will enter a separate Final Order.

DONE and ORDERED this 29th day of April, 2019.


_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE